**File Hashes for IP Address 98.212.12.10**

**ISP:** Comcast Cable
**Physical Location:** Plainfield, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/14/2013 16:10:05 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 09/14/2013 16:05:05 | 4779E1C31FE3103B9A53A979781B95A916DD4B31 | Together at Last |
| 09/14/2013 09:41:50 | 474C84A6EB834E65C9D2F0931ED565C2228AD70F | Finding Elysium |
| 09/14/2013 09:04:50 | 1EDD9C01913B8173096BB072FBA6AB9C34B3EEDE | Sapphic Waltz |
| 09/09/2013 03:08:44 | 9F3BB8FFB46702FBF1716393050782F0AC056575 | Erotic Stretching and Sex |
| 09/02/2013 01:37:23 | DE70FE420A9B66CE2719299D783BE2E527AD831D | We Love Ourselves |
| 08/25/2013 18:01:06 | A816B307284BFBD25CEF06E4CDC90EC20FFADCE5 | Alone Is A Dream Left Behind |
| 08/23/2013 23:04:24 | 0AC1B253CA954F0A6E2623833B0E3E0DCF7CA848 | Spontaneous |
| 08/17/2013 18:14:28 | 48AF98DC246877D8C83DCBC1D67C74A5888FE7B9 | Malibu Moments Part #2 |
| 08/11/2013 19:54:23 | A5D4830AAE367E3FB6371C30BEE5E226477FB9E4 | This Really Happened |
| 08/11/2013 18:18:12 | 0B2879E1485CF8A9BD3F083F437959A2C7F941D6 | Introducing Kiki |
| 08/09/2013 07:18:12 | 2805959052A759BC96B1D5B87F3422C568BBA8EC | Made for Each Other |
| 08/09/2013 06:21:05 | 52E9D223A7165F84D9CCA39C6AAB77B798C8501D | New Romance |
| 07/28/2013 03:39:44 | 60567C055488DA4CD652E546EE7BF50E19E1ABBD | California Dreams |
| 07/27/2013 18:14:49 | 88C8210E8F6FB709226103A0F25855F07BA3E19E | A Little Rain Must Fall |
| 07/27/2013 18:14:34 | 50765DA7E70C15A03B86FA7A12D74BBEDDCA79D9 | Burning |
| 07/21/2013 17:41:13 | 5FAF65ECDEF8ADF94F1CA92BA9449AF367C3747E | Czech Beauties |
| 07/07/2013 03:07:02 | 304F7B486AD5BF2FCF4C7BA6070B7FB4B37655A0 | Stay for a While |
| 07/06/2013 09:15:34 | 53E8068629FC21F23779B78A42D8C8AA03DE63AB | Newlyweds |
| 06/28/2013 23:12:52 | 3F7C7C4F47D37B4E8909311852C7D0E36BE5F566 | Dreams Do Come True |
| 06/18/2013 03:29:26 | F8C806DF92D3B1CDD3003B1D9CC43826876F373B | Ready for Bed |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/18/2013 03:29:24 | 1D2186A8F31A81F03A76C327A919735D578A4AD2 | Rolling in the Sheets |
| 06/17/2013 07:56:57 | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | Like The First Time |
| 06/17/2013 04:06:48 | 0C18B0C843B2D2C8BB2DE79EA6801075AEA9A44C | Morning Desires |
| 06/17/2013 04:02:58 | 39769BA0D594D2A9472C112203F5E9BB87E301D6 | Then They Were Three |
| 06/17/2013 03:59:56 | 00E4F19FE3BB88D4628FFBCF7C73F3F004C5ADF2 | Late for Work |
| 06/14/2013 21:17:20 | 34AA020D4C78AD23E1A741888887DBB6061C87DB | Underwater Lover |
| 06/14/2013 21:01:57 | B1431D85778B133C46F3522891D5920AF04F370A | First Love |
| 06/14/2013 20:49:35 | B9FEB049859ABFD26080D87A94FD86B89504A2FA | Wild at Heart |
| 06/14/2013 20:19:42 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 06/14/2013 19:59:38 | 99475A57CD275D1771BA64EB1F2DE556EC8FA96D | Waterfall Emotions |
| 06/14/2013 18:57:02 | 172F9D47668509974475A9F129788EF2E5E429F9 | Meet Me in Madrid |
| 06/14/2013 17:59:43 | 165DEDE02B59EFAF8F21D8641D88AABFF5BCA1A0 | Bad Girls |
| 05/31/2013 03:21:57 | 6417BFBD9D5B7F566631DA9085C03AEDF913D40C | A Wonderful World |
| 05/15/2013 04:04:54 | 5171494B0C9B7B6EB5F7B847A8EF732F54AD0CB0 | Slow Motion |
| 05/02/2013 04:05:21 | 5FAB4E102E5394CEC2AEE88C2B7329E950C9D845 | Apartment in Madrid |
| 04/21/2013 04:31:19 | 42E971103CB6F4DF101C8982D0E122F5755324A0 | Rose Petals |
| 04/20/2013 16:32:05 | CB223B90816AE0CA2904F32DD9643686FD4D15EF | Fashion Models |
| 04/08/2013 20:51:28 | 0F5C5EE804EFAC99EAAFCD34D3D1EB82521B90A1 | Apartment Number Four |
| 03/24/2013 02:15:27 | 73D64CD694FFD3051E8AB13E82F1247FB0970F68 | Another Night |
| 03/24/2013 01:54:52 | 2834E4C4B376E6F2BAF4DC501C93E0CF4F2AB6F3 | Spilled Milk |
| 03/24/2013 01:41:38 | E3D38CC7D2559B8AF854863273AEE7CEF02CFD2D | Introducing Kaylee |
| 03/23/2013 21:14:53 | C082E409A54D90525E259A313E928B17D21436D4 | Tuesday Morning |
| 03/23/2013 20:56:44 | E2B0DA5BF9CBAD12ABFD5C1142EDF7F5A5E8901B | Close to the Edge |
| 03/23/2013 06:19:03 | 6970F9BD4DD7399AA906AF8903F1D9D0BD83C05B | Circles of Bliss |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/23/2013 06:17:49 | 7F026F98870E8811AE9CDE0FA1D9D2B2682E9FCD | Afternoon Snack |
| 03/23/2013 05:43:52 | E52F3EF3AE1909D8846DDA073D524E5EC7519895 | Mad Passion |
| 03/23/2013 05:27:40 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 02/03/2013 19:22:28 | FD4CB0B45FEFA4C558867E178BEEA946C6CF83A0 | Want You |
| 01/14/2013 16:56:17 | 0B9ED66A79B37AD146F5F05000F88AE1FF5BB74E | Warm Inside |
| 01/14/2013 16:45:50 | 3FCA2DBC6EBBC979581096EDA01FFB60BD23BED5 | Vacation Fantasy |
| 01/14/2013 16:29:59 | 666B02844B7629FDDEE8C8C8F6E400F2421FB27F | Wild Things |
| 01/14/2013 16:27:22 | 05FBD82C4BBB253EA3270CAF836590322A1E9954 | Three for the Show |
| 01/14/2013 16:19:02 | 2E6320C9FDEAF903127279E1C5B874C3133F27F0 | Carmen Leila Christmas Vacation |
| 01/10/2013 04:39:04 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |

**Total Statutory Claims Against Defendant: 55**

EXHIBIT A