**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | |
| JOHN DOE subscriber assigned IP | ) | Case No. 13 C 7315 |
| address 98.212.12.10, | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's motion to take discovery before Rule 26 conference [4] is granted in part. No appearance is required on 10/30/2013.

Plaintiff is given leave to serve a Rule 45 subpoena on the defendant's ISP, Comcast Cable. Plaintiff is entitled only to the name and address of the defendant, not the defendant's email address or telephone number.

Furthermore, the defendant will be allowed to proceed by pseudonym in this case. Plaintiff may not name the defendant publicly. It may not name the defendant in an amended complaint or any other filing with the court. The defendant shall instead be identified by Doe # or IP address. Any communication by Plaintiff to the defendant suggesting that the defendant can or will be named in this action shall constitute a violation of this court's order and grounds for dismissal of the action pursuant to Rule 41(b).

The court strikes from the record Exhibits A (Declaration of Colette Field), B (Declaration of Patrick Paige), and C (Statement of Deputy Assistant Attorney General for the Criminal Division) submitted in support of the motion pursuant to 12(f)(1), because these exhibits are immaterial and impertinent to the motion. The clerk is directed to strike from the record Attachments 1, 2, and 3 to the memorandum in support of the motion at docket entry No. 5.

ENTER:

_____/s/_____

JOAN B. GOTTSCHALL
United States District Judge

DATED:   October 29, 2013